NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHARLES W. JOHNSON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7180

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-3377, Judge Mary J. Schoelen.

---

**ON MOTION**

---

**ORDER**

Charles W. Johnson moves for "permission . . . to resume working on [his] brief." Mr. Johnson also moves for an extension of time to file his reply brief.

Mr. Johnson submitted his informal brief on January 3, 2012, and the Secretary of Veterans Affairs ("Secretary") submitted his response brief on January 24, 2012.

Mr. Johnson's reply brief is currently due February 10, 2012.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. Mr. Johnson's reply brief is due February 24, 2012.

FOR THE COURT

FEB 0 9 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Charles W. Johnson
Alexander V. Sverdlov, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

.FEB 0 9 2012

JAN HORBALY
CLERK